IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCOTT SMOLIAK,

      Plaintiff,

vs.                                  CASE NO.: 5:04cv245-SPM/AK

GREYHOUND LINES, INC.,
a foreign corporation and
STEPHEN PECHAWER,

      Defendants.
_____/

## ORDER GRANTING MOTION AND CONTINUING TRIAL

Pending before the Court is Defendant Greyhound Lines, Inc.'s Motion to Be Excused from First Two Weeks of Trial Docket (doc. 40).  Plaintiff filed a response (doc. 41) stating that he has no objection.

The docket at issue for Panama City is normally a one week docket.  The Court will, therefore, grant Defendant's motion by continuing trial to the next docket which begins on November 7, 2005.

DONE AND ORDERED this 19th day of August, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge