**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION DIVISION**

**SCOTT SMOLIAK,**

    **Plaintiff,**

**vs.**                                                           **CASE NO. 5:04CV245-SPM/AK**

**GREYHOUND LINES, INC.,**
**et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court in the above entitled action is the Expedited Motion to Quash Subpoena for Videotaped Deposition Duces Tecum concerning the deposition of non-party Jeff Burlew scheduled for August 25, 2005.  (Doc. 43).  The Court is familiar with the principles of the reporters' privilege, as set forth in Fla. Stat. §90.5015, and has read the cases cited by Mr. Burlew and finds that the deposition should be cancelled to allow Plaintiff time to respond to the motion and address the three factors set forth in <u>Miller v. Transamerican Press, Inc.</u>, 621 F.2d 721 (5th Cir. 1980) and <u>McCarty v. Bankers Ins. Co.</u>, 195 F.R.D. 39 (N.D. Fla. 1998).

    Accordingly, it is

**ORDERED:**

The deposition of Jeff Burlew scheduled for August 25, 2005, is hereby cancelled to allow Plaintiff time to respond to the motion and address the case law cited therein, which would preclude Burlew's deposition. The Court will reserve its ruling on the motion to quash until it has been fully briefed. Plaintiff may respond within the time allowed by local rule.

**DONE AND ORDERED** at Gainesville, Florida, this **22nd** day of August, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:04cv245-spm/ak**