IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SCOTT SMOLIAK,**

    **Plaintiff,**
v.                                                      **CASE NO. 5:04-cv-00245-SPM-AK**

**GREYHOUND LINES INC,**
**STEPHAN PECHAWER,**

    **Defendants.**
_____/

**O R D E R**

This matter is before the Court on Plaintiff's to Amend/Correct Order (doc. 44) dated August 22, 2005. (Doc. 45). Plaintiff is correct, and the motion to amend (doc. 45) shall be **GRANTED**. The Order dated August 22, 2005, (doc. 44) is herein **AMENDED** to correctly reflect that **Defendants**, not Plaintiff, shall respond to the motion to quash.

**DONE AND ORDERED** this **26th** day of August, 2005

                                                            *s/ A. KORNBLUM*
                                                            **ALLAN KORNBLUM**
                                                            **UNITED STATES MAGISTRATE JUDGE**