# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**SCOTT SMOLIAK,**

    **Plaintiff,**

v.                                      **CASE NO. 5:04-cv-00245-SPM-AK**

**GREYHOUND LINES INC,**
**STEPHAN PECHAWER,**

    **Defendants.**

_____/

## O R D E R

    This matter is before the Court on Defendants' Motion to Compel Video-Taped Deposition of Brett Cormier. (Doc. 56). The Court finds that no response from Plaintiff is necessary in order to rule upon the issues raised by Defendants.

    Defendants request the Court to compel compliance with a subpoena that has not yet been served upon non-party witness Brett Cormier because he failed to comply with a subpoena previously, and the discovery deadline is set to expire on September 30, 2005. The Court declines to give what is essentially an advisory ruling since Cormier has not yet been served with a subpoena or failed (again) to appear. The better course is for Defendants to serve their subpoena, and if Cormier fails to appear, then move to have him held in contempt, which could result in his arrest. Rule 45(e), Federal Rules of Civil Procedure. An extension of the discovery deadline under such circumstances would certainly be warranted.

    The Court suggests that Plaintiff discuss with Cormier the possible consequences if he fails to appear and is found to be in contempt of Court, but at this

point in time any ruling on the motion to compel (doc. 56) would be premature, and for this reason it should be **DENIED.**

**DONE AND ORDERED** this *15th* day of September, 2005

s/ A. *KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:04-cv-00245-SPM-AK*