IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCOTT SMOLIAK,

    Plaintiff,

vs.                                    CASE NO.: 5:04cv245-SPM/AK

GREYHOUND LINES, INC.,
a foreign corporation and
STEPHEN PECHAWER,

    Defendants.
_____/

**ORDER DENYING MOTION FOR SANCTIONS
AND DIRECTING PARTIES TO MEDIATE**

    Pending before the Court is Defendants' motion for sanctions to be imposed against Plaintiff for failure to mediate in good faith (doc. 26). The mediator himself has not filed a report, despite Defendants' request and the Court's allowance of an extension of time. See docs. 24 and 31. From a review of the motion and response, however, it appears both sides had some fault in terminating mediation before meaningful discussions could take place.

    Defendants' additional grievance about requiring the attendance of the corporate representative, Mr. Copper, at mediation is not properly directed toward Plaintiff. This Court's Mediation and Scheduling Order (doc. 11) requires a corporate representative to attend mediation. In some instances, the Court will

excuse personal attendance at mediation and allow attendance by telephone. Defendants, however, did not make a motion to allow for Mr. Cooper to attend mediation by telephone. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.  Defendants' motion for sanctions (doc. 26) is denied.

2.  The parties are again ordered to mediate this case in accordance with the Mediation and Scheduling Order (doc. 11). The mediation shall take place on or before October 28, 2005. If the parties request by motion, the Court will consider continuing the pretrial conference and trial.

DONE AND ORDERED this 14th day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge