# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**SCOTT SMOLIAK,**

    **Plaintiff,**

v.                                                            **CASE NO. 5:04-cv-00245-SPM-AK**

**GREYHOUND LINES INC,**
**STEPHAN PECHAWER,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Defendants' Motion to Compel alleging that Plaintiff has wholly failed to respond to outstanding discovery requests served on July 13, 2005, and July 22, 2005. (Doc. 51). Plaintiff has not responded to the motion.

Plaintiff's failure to file timely objections to Defendants' request for production of documents constitutes a waiver of the objections, and Plaintiff must provide all requested documents which are within his possession, custody or control within the meaning of Fed. R. Civ. P. 34(a). <u>Peat, Marwick, Mitchell & Co. v. West</u>, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); <u>Perry v. Golub</u>, 74 F.R.D. 360, 363 (N.D. Ala. 1976). Further, Plaintiff's failure to respond timely to Defendants' interrogatories constitutes a waiver of any objections to those interrogatories, and he must answer them fully. Fed. R. Civ. P. R. 33(b)(4).

Accordingly, it is

**ORDERED:**

Defendants' Motion to Compel Discovery (doc. 51) is **GRANTED** and Plaintiff

shall respond *without objection* to the interrogatories and requests for production of documents on or before **October 28, 2005.**

**DONE AND ORDERED** this **14th** day of October, 2005.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**