IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCOTT SMOLIAK,

    Plaintiff,

vs.                              CASE NO.: 5:04cv245-SPM/AK

GREYHOUND LINES, INC.,
a foreign corporation and
STEPHEN PECHAWER,

    Defendants.
_____/

**ORDER STRIKING CHARLES PERSSON FROM PLAINTIFF'S WITNESS LIST**

    This cause comes before the Court on Defendants' Motion to Strike Charles Persson from Plaintiff's Witness List. (doc. 54). Plaintiff filed a response (doc. 58) stating that he does not oppose the motion. Accordingly, it is

    ORDERED AND ADJUDGED that the motion to strike (doc. 54) is granted.

    DONE AND ORDERED this 17th day of October, 2005.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge