IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCOTT SMOLIAK,

    Plaintiff,

vs.                                    CASE NO.: 5:04cv245-SPM/AK

GREYHOUND LINES, INC.,
a foreign corporation and
STEPHEN PECHAWER,

    Defendants.
_____/

## ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL

Pending before the Court is Defendants' Motion for Continuance of Pretrial Conference and to Reset Trial (doc. 81) and Plaintiff's Motion to Be Excused from Pre-trial Conference (doc. 70). Defense counsel advised the Court that it no longer has a conflict requiring a continuance of the pretrial conference and trial. The parties, however, have not yet mediated as ordered and it is unclear when mediation can take place given the problems associated with Hurricane Wilma. Attempts to contact Plaintiff's counsel have not been successful. Under the circumstances, continuing the pretrial conference and trial on the Court's own motion seems the most prudent course. Accordingly, it is

ORDERED AND ADJUDGED:

1.      The pretrial conference and trial are continued to a date to be

announced by separate notice.

    2.    On or before November 4, 2005, the parties shall confer and file a joint statement advising the Court of (1) the date scheduled for mediation and (2) their willingness, or not, to hold trial in Tallahassee or Gainesville, as opposed to Panama City.

    3.    Defendants' Motion for Continuance of Pretrial Conference and to Reset Trial (doc. 81) is deemed withdrawn.

    4.    Plaintiff's Motion to Be Excused from Pre-trial Conference (doc. 70) is denied as moot.

DONE AND ORDERED this 26th day of October, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge