**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**SCOTT SMOLIAK,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 5:04CV245-SPM/AK**

**GREYHOUND LINES, INC.,**
**et al,**
    **Defendant.**

_____/

## O R D E R

Defendants move to compel non-party Brett Cormier to produce all the documents requested by subpoena, which his counsel agreed to produce, but has yet to fully provide. (Doc. 82). Cormier has responded and argues that the motion to compel should be filed in the Southern District of Florida since the subpoena originated from that district court and further asserts that all documents responsive to the subpoena will be produced by October 20, 2005. (Doc. 96, p. 2). Defendants have filed a reply (doc. 99) and contend that some, but not all, of the documents have been produced.

The Court has read the case cited by Cormier for the proposition that the motion to compel must be filed in the Southern District and finds that the case does not support

such a position. Further, more than the enforcement of a subpoena this Court is being called upon to enforce an agreement between counsel documented in writing, and unless Cormier and his attorney wants to travel to Gainesville for an evidentiary hearing to testify under oath as to why counsel, as an officer of the Court, should not be held to his representations in this matter, he shall produce the documents forthwith. Cormier has already been the subject of several motions in this Court because of his resistance to participation in these legal proceedings, and the Court has already warned him about possible legal actions that can be taken to coerce his compliance. (See Docs. 27, 56, and 60). It is strongly suggested that he not try the Court's patience further.

Accordingly, it is

**ORDERED:**

Defendants' Motion to Compel (doc. 82) is **GRANTED**, and Brett Cormier shall produce **ALL** documents responsive to the subpoena served upon him on September 21, 2005, and he shall serve them **FORTHWITH**.

**DONE AND ORDERED** at Gainesville, Florida, this **17TH** day of November, 2005.

                             s/ A. KORNBLUM
                             **ALLAN KORNBLUM**
                             **UNITED STATES MAGISTRATE JUDGE**

**No. 5:04cv245-spm/ak**