IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


SCOTT SMOLIAK,

    Plaintiff,

v.                                  CASE NO. 5:04-cv-00245-RS-AK

GREYHOUND LINES INC,
STEPHAN PECHAWER,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Defendants' Notice of Noncompliance, Motion for Sanctions, and Request for Inspection. (Doc. 110). Also before the Court is Brett Cormier's Response. (Doc. 120).

Brett Cormier, a non-party deponent, failed to provide documents which he promised to produce at his deposition on October 7, 2005. Defendant moved to have these documents produced or to allow its designee to examine Mr. Cormier's business computers to locate the missing information and to sanction Cormier for his failure to comply with a previous Court Order. (See Doc.100). In his response, Mr. Cormier represents that he has produced all the documents requested, except the check register, which he represents contains no information pertaining to checks written to the Plaintiff. There has been no reply or other objection to these representations, and the Court will therefore assume that the issues concerning the production of these documents have been resolved, no inspection is necessary, and the only remaining issue is that of sanctions for Mr. Cormier's delay in production.

After due consideration of the issues presented in this motion, the Court is of the

following opinion:

1. That counsel for Brett Cormier, Mr. George P. Ord, has acted with due diligence and regard for the Orders of this Court, such that sanctions against him or his law firm should not be levied.

2. That Defendant was forced to expend time and effort to file the present motion, which resulted in a resolution of the issues, such that the fees and costs of preparing and filing this motion should be assessed to Brett Cormier.  It is not sufficiently clear whether the delay caused any specific prejudice to the Defendant beyond the costs associated with this motion and therefore no other sanctions, including a contempt hearing, will result from the failures relating to the present motion.

Accordingly, it is

**ORDERED:**

1. That the Notice of Noncompliance, Motion for Sanctions, and Request for Inspection (doc. 110/113) is **GRANTED IN PART**, insofar as sanctions shall be awarded in the amount of fees and expenses incurred in the preparation and filing of the present motion.  The remaining issues presented in the motion are **DEEMED MOOT**.

2. That Defendant may file an Affidavit of Fees and Expenses setting forth the time and expenses incurred in the filing of the present motion.  Brett Cormier may, if he objects to the reasonableness of the fees and expenses sought, respond thereto within ten days of service of the Affidavit.

**DONE AND ORDERED** this _**23rd**_  day of January, 2006

                          s/ *A. KORNBLUM*
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**